DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MALOM GROUP AG, *et al.*<br><br>　　　　　Defendants. | Case No. 2:13-cv-02280-GMN-PAL |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Timothy N. England, Stephen W. Simpson, and Stephen L. Cohen to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. England, Mr. Simpson, and Mr. Cohen are attorneys with the Securities and Exchange Commission, an agency of the federal government.  Mr. England is a member in good standing of the California State Bar (No. 140332).  Mr. Simpson is a member in good standing of the District of Columbia Bar (No. 501341).  Mr. Cohen is a member in good standing of the District of Columbia Bar (No. 802279).

The following contact information is provided to the Court:

Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Fax: (202) 772-9228

Timothy N. England
Phone: 202.551.4959
englandt@sec.gov

Stephen W. Simpson
Phone: 202.551.4513
simpsons@sec.gov

Stephen L. Cohen
Phone:  202.551.4472
cohens@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Timothy N England, Stephen W. Simpson, and Stephen L. Cohen to practice before this honorable Court  during the period of their employment with the Securities and Exchange Commission.

Respectfully submitted this 16th day of December 2013.

                         DANIEL G. BOGDEN
                         United States Attorney


                          /s/  Blaine Welsh
                         BLAINE T. WELSH
                         Assistant United States Attorney


**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  12/18/13**