UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MALOM GROUP AG, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-02280-GMN-PAL<br><br>ORDER |

On November 21, 2016, the court set a Status and Scheduling Conference for December 6, 2016, at 9:15 a.m.  It has come to the attention of the court that the current addresses on the docket for Defendants Brandel and Warras may not be correct.  As such, the hearing will be continued to give all defendants sufficient notice of the hearing.

**IT IS ORDERED** that:

1. The Status and Scheduling Conference currently scheduled for December 6, 2016, at 9:15 a.m., is **VACATED** and **CONTINUED** to **December 27, 2016, at 9:00 a.m., in Courtroom 3B**.

2. The clerk of the court shall send copies of this order to those listed on the docket as well as the following addresses:

James Warras
Loc. No. 13015089
c/o Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV  89060

Anthony Brandel
Loc. No. 48789048
c/o Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, NV  89060

DATED this 22nd day of November, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE